FILED
JUN 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, a resident of the District of Columbia, currently incarcerated at Rivers Correctional Institution 145 Parker's Fishery Rd. Winton, NC 27986<br><br>REON HOLLOWAY, a resident of the District of Columbia, currently incarcerated at Rivers Correctional Institution 145 Parker's Fishery Rd. Winton, NC 27986<br><br>DAVID ROGERS, a resident of the District of Columbia, currently incarcerated at Rivers Correctional Institution, 145 Parker's Fishery Rd. Winton, NC 27986<br><br>BENJAMIN HAMILTON, a resident of the District of Columbia, currently incarcerated at Rivers Correctional Institution 145 Parker's Fishery Rd. Winton, NC 27986<br><br>CARL BUTLER, a resident of the District of Columbia, currently incarcerated at FCI Petersburg 1060 River Rd. Hopewell, VA 23860<br><br>HAROLD ROBINSON, a resident of the District of Columbia, currently incarcerated at Rivers Correctional Institution 145 Parker's Fishery Rd. Winton, NC 27986<br><br>CHARLES LEWIS, a resident of the District of Columbia, 234 35th Street, NE, Apt #4 Washington, DC 20019 | Civ. No. _____ 07 1155 |

| | |
|---|---|
| JOHN DOE, a resident of the District of Columbia | ) |
| | ) |
| JOHN ROE, a resident of the District of Columbia | ) |
| | ) |
| and | ) |
| | ) |
| JIMMIE FOWLER, a resident of the District of Columbia, currently incarcerated at FCI Petersburg 1060 River Rd. Hopewell, VA 23860 | ) ) ) ) ) |
| | ) |
| Each individually and on behalf of all others similarly situated, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GEO GROUP INC., a Florida for-profit corporation c/o Corporation Service Company 1090 Vermont Ave., N.W. Washington, DC 20005 | ) ) ) ) |
| | ) |
| UNITES STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS, 320 First St., N.W. Washington, DC 20534 | ) ) ) ) |
| | ) |
| and | ) |
| | ) |
| HARLEY LAPPIN, in his official capacity as Director of the United States Bureau of Prisons, 320 First St., N.W. Washington, DC 20534, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs' Motion to Proceed Under Pseudonym is GRANTED *temporarily*. Plaintiffs identified in a separately sealed document filed with the Court on June 27, 2007 are permitted to

2

proceed as "John Doe" and "John Roe" in all filings in the above-captioned case. *De novo review by the assigned judge is available upon motion to vacate this order.*

ORDERED this 28th day of June, 2007.

*[signed]* Royce C. Lamberth
*Acting Chief* United States District Judge

Service copies to:

Donald L. Kahl  (Counsel for Plaintiffs)
Philip Fornaci
Deborah Golden
Ivy A. Lange
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle N.W.
Suite 400
Washington, D.C.  20036

Anthony N. Herman   (Counsel for Plaintiffs)
Donald J. Ridings Jr.
Danielle Estrada
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C.  20004

GEO Group Inc.  (Defendant)
c/o Corporation Service Company
1090 Vermont Ave., N.W.
Washington, DC 20005

Federal Bureau of Prisons  (Defendant)
320 First St., N.W.
Washington, DC 20534

Harley Lappin  (Defendant)
Director of the United States Bureau of Prisons
320 First St., N.W.
Washington, DC 20534

3