UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1155(RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)