## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01155-RMU |
| | ) |
| GEO GROUP INC., *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

### NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Danielle M. Estrada of Covington & Burling LLP appears as counsel on behalf of plaintiffs Keith Mathis, *et al.*, in the action above.

Respectfully submitted,

COVINGTON & BURLING LLP

    /s/ Danielle M. Estrada    
Danielle M. Estrada (D.C. Bar No. 494517)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5331 (telephone)
(202) 778-5331 (facsimile)
destrada@cov.com

*Attorney for Plaintiffs*