## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01155-RMU |
| ) | |
| GEO GROUP INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Anthony Herman of Covington & Burling LLP appears as counsel on behalf of plaintiffs Keith Mathis, *et al.*, in the action above.

    Respectfully submitted,

    COVINGTON & BURLING LLP

    _____/s/ Anthony Herman_____
    Anthony Herman (D.C. Bar No. 424643)
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    (202) 662-5280 (telephone)
    (202) 778-5280 (facsimile)
    aherman@cov.com

    *Attorney for Plaintiffs*