IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01155-RMU |
| ) | |
| GEO GROUP INC., *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Ivy A. Lange of the Washington Lawyers' Committee for Civil Rights and Urban Affairs appears as counsel on behalf of plaintiffs Keith Mathis, *et al.*, in the action above.

Respectfully submitted,

WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS

　　　　/s/ Ivy A. Lange
Ivy A. Lange (D.C. Bar # 488147)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000 (telephone)
(202) 319-1010 (facsimile)
Ivy_Lange@washlaw.org

*Attorney for Plaintiffs*