AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Keith Mathis, Reon Holloway, David Rogers, Benjamin Hamilton, Carl Butler, Harold Robinson, Charles Lewis, John Doe, John Roe, and Jimmie Fowler, individually and on behalf of others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

GEO Group, Inc.; United States of America, through its department, the Federal Bureau of Prisons; and Harley Lappin, in his official capacity as Director of the United States Bureau of Prisons,

CASE NUMBER:   07-01155-RMU

TO: (Name and address of Defendant)

Harley Lappin, in his official capacity as
Director of the United States Bureau of Prisons
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald L. Kahl
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle N.W., Suite 400
Washington, D.C. 20036

Anthony N. Herman
Covington & Burling LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           JUL 0 2 2007

CLERK                                                                              DATE

_/s/ Jackie Frank_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Keith Mathis, et al.

vs.

GEO Group Inc., et al.

No. 1:04-CV-01155-RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:19 pm on July 5, 2007, I served Harley Lappin, in his official capacity as Director of the United States Bureau of Prisons c/o United States Attorney's Office at 501 3rd Street, NW, Washington, DC 20530 by serving Kinita Ward, Docket Clerk, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   32
 HEIGHT-   5'4"
   HAIR-   BLACK
 WEIGHT-   170
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-6-07
              Date

*Wesley Jennings* (signature)
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190703