IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01155-RMU |
| ) | |
| GEO GROUP INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**AFFIDAVIT OF MAILING**

I, Danielle M. Estrada, hereby state that:

I am an adult who is not a party to the action and is over 18 years of age. I am an associate at the law firm of Covington & Burling LLP, 1201 Pennsylvania Avenue NW, Washington, DC 20004.

On the 5th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to defendant Harley Lappin, in his official capacity as Director of the United States Bureau of Prisons, 320 First Street NW, Washington, DC 20534, by certified mail pursuant to Federal Rule of Civil Procedure 4(i)(2)(A).

I have received the receipt for the certified mail, No. 7004-1160-0001-9725-9420 (attached hereto), indicating that delivery of the summons and complaint were made upon said defendant on the 9th day of July, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on August 20, 2007.

                                                                    Danielle M. Estrada

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.99 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 6.79 |

Not postage
Postmark Here
07/05/2007

Sent To: Harley Lappin Director of the United States
Street, Apt. No.; or PO Box No. Bureau of Prisons 320 First Street, N.W.
City, State, ZIP+4 Washington, DC 20534

PS Form 3800, June 2002  See Reverse for Instructions

7004 1160 0001 9725 9420

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harley Lappin
Director of the United States
Bureau of Prisons
320 First Street, N.W.
Washington, DC
20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 7/9/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004-1160-0001-9725-9420

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540