IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01155-RMU |
| ) | |
| GEO GROUP INC., *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## AFFIDAVIT OF MAILING

I, Danielle M. Estrada, hereby state that:

I am an adult who is not a party to the action and is over 18 years of age. I am an associate at the law firm of Covington & Burling LLP, 1201 Pennsylvania Avenue NW, Washington, DC 20004.

On the 6th day of July, 2007, I caused to be deposited in the United States Mail copies of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to defendant United States of America through its department, the Federal Bureau of Prisons, and defendant Harley Lappin, in his official capacity as Director of the United States Bureau of Prisons, c/o the Office of the Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001, by certified mail pursuant to Federal Rule of Civil Procedure 4(i)(1)(B).

I have received the receipt for the certified mail, No. 7005-1820-0005-9348-7520 (attached hereto), indicating that delivery of the summonses and complaints were made upon said defendants on the 9th day of July, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on August 20, 2007.

*Danielle M. Estrada*
Danielle M. Estrada

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | $9.40 |

Postmark Here
0205
13
07/06/2007

Estrada 707

Sent To: United States Department of Justice
         Office of the Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0005 9348 7520

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department
of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC
             20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   JUL 0 9 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   JUL 0 9 2007

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7005-1820-0005-9348-7520

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540