IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>GEO GROUP INC., *et al.*, )<br>)<br>*Defendants.* )<br>) | Case No. 1:07-cv-01155-RMU |

## ERRATA

The August 20, 2007 e-mail Notice of Electronic Service to the Court and parties for Docket Entry #17 incorrectly identified the filers as Harley Lappin and the Federal Bureau of Prisons. The filers of Docket Entry #17 are in fact Plaintiffs Keith Mathis, Reon Holloway, David Rogers, Benjamin Hamilton, Carl Butler, Harold Robinson, Charles Lewis, John Doe, John Roe, and Jimmie Fowler. The docket text and actual documents filed in connection with Docket Entry #17 are correct and do not reflect this error.

                                                                                Respectfully submitted,

                                                             __/s/  Danielle M. Estrada_____

| | |
|---|---|
| Donald L. Kahl (DC Bar # 489472) | Anthony Herman (DC Bar # 424643) |
| Philip Fornaci (DC Bar # 434824) | Donald J. Ridings Jr. (DC Bar # 466808) |
| Deborah Golden (DC Bar # 470578) | Danielle Estrada (DC Bar # 494517) |
| Ivy A. Lange (DC Bar # 488147) | COVINGTON & BURLING LLP |
| WASHINGTON LAWYERS' COMMITTEE FOR | 1201 Pennsylvania Avenue N.W. |
|   CIVIL RIGHTS AND URBAN AFFAIRS | Washington, D.C.  20004 |
| 11 Dupont Circle N.W. | 202.662.6000 (ph) |
| Suite 400 | 202.778.6000 (fax) |
| Washington, D.C.  20036 | |
| 202.319.1000 (ph) | |
| 202.319.1010 (fax) | |
| | *Counsel for Plaintiffs* |