IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>GEO GROUP INC., *et al.*, )<br>)<br>*Defendants.* )<br>) | Case No. 1:07-cv-01155-RMU |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Philip Fornaci of the Washington Lawyers' Committee for Civil Rights and Urban Affairs appears as counsel on behalf of plaintiffs Keith Mathis, *et al.*, in the action above.

Respectfully submitted,

WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS

　　　　/s/ Philip Fornaci　　　　
Philip Fornaci (D.C. Bar No. 434824)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C.  20036
(202) 319-1000 (telephone)
(202) 319-1010 (facsimile)
Philip_Fornaci@washlaw.org

*Attorney for Plaintiffs*