UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>GEO GROUP, INC.;<br><br>UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS,<br>320 First St., N.W.<br>Washington, DC  20534<br><br>and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS,<br>320 First St., N.W.<br>Washington, DC  20534<br><br>      Defendants. | Civil Action No. 07-1155 (RMU) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Kathryn L. Wyer will replace Karen L. Melnik as counsel of record for the federal defendants in the above-captioned case.


Dated: August 23, 2007                    Respectfully submitted,

                                                    PETER D. KEISLER

Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendant*s