UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 07-1155 (RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

In accordance with Fed. R. Civ. P. 6(b), federal defendants, by undersigned counsel, respectfully request an extension of the deadline for responding to the Complaint in the above-captioned matter. A response in this matter is currently due 60 days after service or September 4, 2007. Undersigned counsel for federal defendants was recently assigned this case and will be out of town on a previously planned vacation September 1 through September 4. In addition, counsel has not yet had an opportunity to consult with the agency counsel assigned to this matter, who has been out of town August 20 through August 24. Federal defendants therefore respectfully request that the deadline for responding to plaintiffs' Complaint be extended until

September 18, 2007.  Counsel for federal defendants has contacted plaintiffs' counsel, and they agreed to this extension.

Dated: August 23, 2007

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendant*s

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1155 (RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of federal defendants' unopposed motion for an extension of time in which to file an answer or otherwise plead, it is hereby ORDERED, that the motion for an extension of time is GRANTED;

And it is further ORDERED, that federal defendants shall file their response to the Complaint on or before September 18, 2007.


Dated: _____                                        _____
                                                          Ricardo M. Urbina
                                                          U.S. DISTRICT JUDGE