**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KEITH MATHIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01155-RMU |
| | ) | |
| GEO GROUP INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
FEDERAL DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO TRANSFER**

In accordance with Federal Rule of Civil Procedure 6(b) and this Court's Standing Order, Plaintiffs, by undersigned counsel, respectfully request an extension of the deadline for filing their brief in opposition to the Federal Defendants' Motion to Dismiss or, in the alternative, to Transfer (Docket No. 28) in the above captioned case. Counsel for Federal Defendants, Kathryn Wyer, Esq., has consented to this request. In further support of the request, Plaintiffs state as follows:

1.      On September 18, 2007, Defendants BOP and Lappin filed a Motion to Dismiss or Transfer Plaintiffs' case (Docket No. 28). Plaintiffs' response is currently due on October 2, 2007.

2.      In light of new issues raised in the motion, and because of pre-existing travel commitments of their counsel, Plaintiffs seek this extension in order to ensure that they have sufficient time to respond fully and thoroughly to the Federal Defendants' motion.

3.      This is the first extension that Plaintiffs have requested in this case.

4.    The Court has not entered a scheduling order in this case, so the granting of this request will not unduly delay this proceeding.  If this motion is granted, Plaintiffs' response brief will be due on Friday, October 26 and the Federal Defendants' reply brief will be due on Monday, November 5.

5.    Counsel for the Federal Defendants have consented to this request.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Order extending the briefing schedule for Plaintiffs to respond to the Federal Defendants' Motion to Dismiss or, in the alternative, to Transfer (Docket No. 28) until October 26, 2007.


Dated: September 24, 2007                    Respectfully submitted,


Donald L. Kahl (DC Bar # 489472)            Anthony Herman (DC Bar # 424643)
Philip Fornaci (DC Bar # 434824)            Donald J. Ridings Jr. (DC Bar # 466808)
Deborah Golden (DC Bar # 470578)            Danielle M. Estrada (DC Bar # 494517)
Ivy A. Lange (DC Bar # 488147)              COVINGTON & BURLING LLP
WASHINGTON LAWYERS' COMMITTEE FOR           1201 Pennsylvania Avenue N.W.
   CIVIL RIGHTS AND URBAN AFFAIRS           Washington, D.C.  20004
11 Dupont Circle N.W.                        202.662.6000 (ph)
Suite 400                                    202.778.6000 (fax)
Washington, D.C.  20036
202.319.1000 (ph)
202.319.1010 (fax)

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH MATHIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01155-RMU |
| | ) | |
| GEO GROUP INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Respond to the Federal Defendants' Motion to Dismiss or, in the alternative, to Transfer, it is hereby ORDERED, that the motion is GRANTED. Plaintiffs shall file their response to the Federal Defendants' Motion to Dismiss or, in the alternative, to Transfer on or before October 26, 2007.

ORDERED this _____ day of _____, 2007.

_____
Ricardo M. Urbina,
United States District Judge