UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS,<br><br>            Defendants. | Civil Action No. 07-1155 (RMU) |

FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
FILE THEIR OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

In accord with Fed. R. Civ. P. 6(b) and this Court's standing order, federal defendants respectfully request an extension of the deadline to file a brief in opposition to plaintiffs' Motion for Class Certification, filed on September 25, 2007 as Document 31 in the above-captioned case. Counsel for plaintiffs, Donald Ridings, Jr., has stated plaintiffs do not oppose this request. In further support of this request, federal defendants state as follows:

1.      Plaintiffs filed their Motion for Class Certification (Document 31) on September 25, 2007. Pursuant to LCvR 7 and Fed. R. Civ. P. 6(e), federal defendants' brief in opposition to this motion is due on October 12, 2007.

2. In light of the complexity of the issues relating to class certification and the litigation commitments of federal defendants' counsel, which include briefing deadlines in four cases including this one, federal defendants seek this extension in order to prepare a thorough response to plaintiffs' motion.

3. This extension will have no impact on existing deadlines.

4. Plaintiffs have stated they do not oppose this motion.

WHEREFORE, federal defendants respectfully request that the Court enter an order extending the deadline for their response to plaintiffs' Motion for Class Certification (Document 31) until November 2, 2007.

Dated: October 4, 2007

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW, Room 7218
Washington, D.C. 20001
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendant*s

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1155 (RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**[Proposed] ORDER**

Upon consideration of Federal Defendants' Unopposed Motion for An Extension of Time to File Their Opposition to Plaintiffs' Motion for Class Certification, it is hereby ORDERED, that the motion is GRANTED. Federal Defendants shall file their brief in opposition to plaintiffs' Motion for Class Certification on or before November 2, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge