IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH MATHIS, *et al.*,              )<br>                                      )<br>          Plaintiffs,                 )<br>                                      )<br> v.                                   )<br>                                      )<br> GEO GROUP, INC., *et al.*,           )<br>                                      )<br>          Defendants.                 )<br>_____) | Case No. 1:07-cv-01155-RMU |

**DEFENDANT GEO GROUP, INC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant GEO Group, Inc., by and through counsel, move the court for an extension of time in which to respond to Plaintiffs' Motion for Class Certification by a period of thirty days to and including November 2, 2007. In support of this Motion, GEO states as follows:

1. Plaintiffs filed their motion for class certification on September 25, 2007. GEO's response to this motion is currently due on October 12, 2007.

2. GEO has not asked for any previous extensions of time in this matter;

3. Additional time is necessary to investigate the facts related to the class certification issue and determine the law applicable thereto;

4. As the court has not issued a scheduling order, so the granting of this motion will not unduly delay this proceeding;

5. Plaintiffs do not oppose this motion.

Wherefore, GEO respectfully requests that the Court issue an order extending the time in which GEO may respond to Plaintiff's Motion for Class Certification to and through November 2, 2007.

Respectfully submitted, this the 5th day of October, 2007.

/s/ Deborah J. Israel
Deborah J. Israel, Esq. (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC  20005
(202) 857-4466 (Telephone)
(202) 261-0034 (Facsimile)
*Counsel for GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2007, a true and correct copy of the foregoing *Motion For Extension Of Time To Respond To Plaintiffs' Motion For Class Certification* has been served via CM/ECF on the following:

Danielle M. Estrada
Anthony Herman
Donald J. Ridings, Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Plaintiffs*

Philip J. Fornaci
Donald Lee Kahl
Ivy Ann Lange
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
*Counsel for Plaintiffs*

Karen L. Melnik
Kathryn L. Wyer
U.S. Attorney's Office
535 Fourth Street, NW
Room E4112
Washington, DC 20550
*Counsel for Bureau of Prisons and Harley Lappin*

/s/ Deborah J. Israel
Deborah J. Israel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEO GROUP, INC., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-01155-RMU |

### ORDER

UPON CONSIDERATION of Defendant Geo Group, Inc's Motion For Extension Of Time To Respond To Plaintiffs' Motion For Class Certification, any opposition thereto, and the entire record herein, and the Court having concluded that good cause has been shown; it is hereby

ORDERED that the Motion For Extension Of Time To Respond To Plaintiffs' Motion For Class Certification is GRANTED.

Date: _____                              _____
                                                   The Honorable Ricardo M. Urbina
                                                   United States District Judge

Copies to:

Deborah J. Israel, Esq.
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
*Counsel for Defendant GEO Group, Inc.*

Danielle M. Estrada
Anthony Herman
Donald J. Ridings, Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Plaintiffs*

Philip J. Fornaci
Donald Lee Kahl
Ivy Ann Lange
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
*Counsel for Plaintiffs*

Karen L. Melnik
Kathryn L. Wyer
U.S. Attorney's Office
535 Fourth Street, NW
Room E4112
Washington, DC 20550
*Counsel for Bureau of Prisons & Harley Lappin*