# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 07-1155 (RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, ) ) ) ) ) ) | |
| Defendants. ) ) | |

**FEDERAL DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

In accord with Fed. R. Civ. P. 6(b) and this Court's standing order, federal defendants Federal Bureau of Prisons ("BOP") and BOP Director Harley Lappin (collectively, "federal defendants") respectfully request an extension of the deadline to file a Reply to plaintiffs' Memorandum of Points and Authorities In Opposition To [Federal Defendants'] Motion To Dismiss or, in the Alternative, to Transfer, filed on October 26, 2007 as Document 34 in the above-captioned case. Counsel for plaintiffs, Donald Ridings, Jr., has stated plaintiffs consent to this request. In further support of this request, federal defendants state as follows:

1. Federal defendants filed their Motion to Dismiss or, in the Alternative, to Transfer

(Document 28) on September 18, 2007. The Court granted plaintiffs' consent motion for an extension to file their response, and plaintiffs accordingly filed their response (Document 34) on October 26, 2007. Pursuant to LCvR 7 and Fed. R. Civ. P. 6(e), federal defendants' reply is due on November 5, 2007.

    2.    The briefing thus far in regard to federal defendants' motion to dismiss indicates that the issues stake are deserving of careful attention. In light of the complexity of these issues and the litigation commitments of federal defendants' counsel, which include briefing deadlines in three cases, including this one (federal defendants' response to plaintiffs' Motion for Class Certification is due November 2, 2007), as well as hearings in two other cases (in Salt Lake City on November 6, 2007, and in Los Angeles on November 19, 2007), and counsel's plan to be out of town November 22 to 25, federal defendants seek this extension in order to prepare a thorough reply to plaintiffs' opposition memorandum.

    3.    This extension will have no impact on existing deadlines.

    4.    Plaintiffs have stated they consent to this motion.

WHEREFORE, federal defendants respectfully request that the Court enter an order extending the deadline for their reply in support of their Motion to Dismiss or, in the Alternative, to Transfer until December 3, 2007.

Dated: October 29, 2007

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ Kathryn L. Wyer

KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW, Room 7218
Washington, D.C.  20001
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendant*s

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, REON HOLLOWAY, DAVID ROGERS, BENJAMIN HAMILTON, CARL BUTLER, HAROLD ROBINSON, CHARLES LEWIS, JOHN DOE, JOHN ROE, and JIMMIE FOWLER, individually and on behalf of others similarly situated, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-1155 (RMU) |
| GEO GROUP, INC.; UNITED STATES OF AMERICA, through its department, the FEDERAL BUREAU OF PRISONS; and HARLEY LAPPIN, in his official capacity as Director of the UNITED STATES BUREAU OF PRISONS, ) ) ) ) ) ) | |
| Defendants. ) | |

**[Proposed] ORDER**

Upon consideration of Federal Defendants' Consent Motion for An Extension of Time to File Their Reply in Support of Their Motion to Dismiss or, in the Alternative, to Transfer, it is hereby

ORDERED, that the motion is GRANTED. Federal Defendants shall file their Reply in support of their motion to dismiss or, in the alternative, to transfer on or before December 3, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Judge