## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH MATHIS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No. 1:07-cv-01155-RMU |
| | ) |
| GEO GROUP INC., *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
DEFENDANTS' MEMORANDA IN OPPOSITION TO PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION**

In accordance with Federal Rule of Civil Procedure 6(b) and this Court's

standing order, Plaintiffs respectfully request an extension of the deadline to respond to

the Memoranda in Opposition to Plaintiffs' Motion for Class Certification (Docket Nos.

36 and 37) filed by Defendants BOP and Harley Lappin ("federal Defendants") and GEO

Group, Inc. ("GEO") in the above captioned case.  Counsel for federal Defendants,

Kathryn Wyer, Esq., and counsel for GEO, Robert Numbers, Esq., have consented to this

request.  In further support of the request, Plaintiffs state as follows:

1.      Plaintiffs filed their Motion for Class Certification (Docket No. 31)

on September 25, 2007.

2.      Defendants requested an extension until November 2, 2007 to

respond to Plaintiffs' class certification motion.  Plaintiffs agreed to Defendants' request,

and the Court entered separate minute orders granting Defendants' unopposed motions on

October 4 and 5, 2007.

3.     On November 2, 2007, the federal Defendants filed a 42-page brief in opposition to Plaintiffs' class certification motion.  On that same date, defendant GEO filed a separate 48-page brief in opposition to Plaintiffs' motion.

4.     In light of the number of issues raised in Defendants' separate Memoranda in Opposition, the pre-existing litigation commitments of Plaintiffs' counsel, and holiday travel plans, Plaintiffs seek an extension until November 30, 2007 to respond to the defendants' opposition briefs in order to ensure that Plaintiffs have sufficient time to respond fully and thoroughly to all of the issues Defendants have raised.

5.     This extension will have no impact on existing deadlines.

6.     Counsel for the federal Defendants and counsel for GEO have consented to this request.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Order extending the briefing schedule for Plaintiffs to respond to Defendants' Memoranda in Opposition to Plaintiffs' Motion for Class Certification (Docket Nos. 36 and 37) until November 30, 2007.


Dated: November 6, 2007                              Respectfully submitted,

Donald L. Kahl (DC Bar # 489472)
Philip Fornaci (DC Bar # 434824)
Deborah Golden (DC Bar # 470578)
Ivy A. Lange (DC Bar # 488147)
WASHINGTON LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle N.W.
Suite 400
Washington, D.C.  20036
202.319.1000 (ph)
202.319.1010 (fax)

/s Danielle M. Estrada_____
Anthony Herman (DC Bar # 424643)
Donald J. Ridings Jr. (DC Bar # 466808)
Danielle M. Estrada (DC Bar # 494517)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C.  20004
202.662.6000 (ph)
202.778.6000 (fax)


*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH MATHIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01155-RMU |
| | ) | |
| GEO GROUP INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of

Time to Respond to Defendants' Memoranda in Opposition to Plaintiffs' Motion for

Class Certification, it is hereby ORDERED, that the motion is GRANTED.  Plaintiffs

shall file their response to Defendants' Memoranda in Opposition to Plaintiffs' Motion

for Class Certification on or before November 30, 2007.

ORDERED this _____ day of _____, 2007.

_____
Ricardo M. Urbina,
United States District Judge