## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEITH MATHIS *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: 07-1155 (RMU) |
| v. | : | |
| | : | Document Nos.: 5, 29 |
| GEO GROUP, INC. *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING THE DEFENDANTS' MOTIONS TO TRANSFER

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of February, 2008,

**ORDERED** that the defendants' motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that this case be **TRANSFERRED** to the Eastern District of North Carolina.

**SO ORDERED**.

                                                                  RICARDO M. URBINA
                                                           United States District Judge